UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENISE NEELEY and<br>HAROLD NEELEY,<br><br>           Plaintiffs,<br><br>     v.<br><br>WOLTERS KLUWER HEALTH, INC., et al.,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 4:11-CV-325 JAR<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

**IT IS HEREBY ORDERED** that the stay in this case is **LIFTED**.

**IT IS FURTHER ORDERED** that the parties shall submit a joint scheduling plan no later than **August 5, 2013**.

**IT IS FINALLY ORDERED** that a status conference will be held via telephone on **August 8, 2013** at 2**:00 p.m.**  Counsel for Plaintiffs shall initiate the conference call with the Court.

Dated this 29th day of July, 2013.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**