UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DESSIE NEELEY AND HAROLD NEELEY, | |
| Plaintiffs, | No. 4:11-CV-0325-JAR |
| v. | |
| WYETH, INC., et al., | |
| Defendants. | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Parties' Stipulated Motion to Modify Case Management Order (ECF No. 235). The Parties request the Court extend all deadlines by 120 days. During the course of this action, the Court has granted numerous stipulated motions to modify the case management order. It appears to the Court that no new issues have been raised by the present motion. Upon consideration, the Court will deny the Motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Parties' Stipulated Motion to Modify Case Management Order (ECF No. 235) is **DENIED**.

_John A. Ross_
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 14th day of October, 2014.